**Order entered December 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01067-CV

### PRO-FIRE & SPRINKLER, LLC AND JAMES C. LANKFORD, INDIVIDUALLY, Appellants

### V.

### THE LAW COMPANY, INC., Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18762**

## ORDER

Before the Court is appellants' December 12, 2022 second unopposed motion for a thirty-day extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 20, 2023. Because the brief was first due November 21, 2022, we caution that further extension requests will be disfavored.

/s/    BILL PEDERSEN, III
       JUSTICE